**Electronically Filed
Supreme Court
SCWC-23-0000546
11-MAR-2026
11:13 AM
Dkt. 26 ODAC**

SCWC-23-0000546

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

BRANDON M.K. AKIONA,
Petitioner/Petitioner-Appellant,

vs.

ADMINISTRATIVE DIRECTOR OF THE COURTS,
Respondent/Respondent-Appellee.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000546; CASE NO. 1DAA-23-00004)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Jackson, assigned by reason of vacancy)

Petitioner/Petitioner-Appellant Brandon M.K. Akiona's application for writ of certiorari filed on February 2, 2026, is rejected.

DATED:  Honolulu, Hawai'i, March 11, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Kauanoe A.D. Jackson

